371 A.2d 1304

Duray, Appellant, v. Rothrauff et al.

Argued November 9, 1976. Michael J. Murphy, for appellant; James R. Farley, with him Weis & Weis, for appellees.

Order affirmed.

371 A.2d 1304

Fera, Appellant, v. Fera.

Argued November 16, 1976. Ronald L. Muha, for appellant; C. Francis Fisher, with him Fisher & McGinley, for appellee.

Order affirmed.

WATKINS, P. J., absent.